IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK J. ELLERBE,**<br>    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-4250 |
| | : | |
| **U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA,** *et al.*<br>    Defendant. | : | |

## ORDER

AND NOW, this 23rd day of November, 2022, upon consideration of Plaintiff Derrick J. Ellerbe's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons in the Court's Memorandum as follows:

    a. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction to the extent that Ellerbe seeks mandamus relief pursuant to 28 U.S.C. § 1361.

    b. The Complaint is **DISMISSED WITH PREJUDICE** to the extent that Ellerbe seeks to raise civil rights claims.

4. The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, J.**